THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    Chief United States Bankruptcy Judge

DATED:   November 17, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Michelle Danielle Edwards,<br>Debtor. | Case No. 20–24904–gmh<br>Chapter 7 |

### ORDER CLOSING THE CHAPTER 7 CASE

    The chapter 7 trustee filed a Report of No Distribution that constitutes a final account of the administration of the estate, as required by 11 U.S.C. §704(a)(9), and has certified that the estate has been fully administered. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED that the trustee's bond is released, the trustee is discharged, and the chapter 7 case is closed.

#####